◼ In the Matter of WILLIAM H. ISAAC, Respondent, v. EDITH E. GREENBERG et al., Appellants.— Motion by appellants for a stay of the order appealed from, pending appeal, granted, on condition that appellants perfect the appeal

and be ready to argue or submit it at the September Term, beginning September 6, 1961; appeal ordered on the calendar for said term. The record and briefs of the parties shall be served and filed as follows: The record and appellants' brief on or before August 14, 1961; the respondent's brief, on or before August 29, 1961; and appellant's reply brief on or before September 5, 1961. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.